■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY WILSON, Appellant. [733 NYS2d 337] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered on or about January 15, 1999, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Williams, J. P., Andrias, Wallach, Lerner and Saxe, JJ.

■ LUC CORDON et al., Appellants, v 698 REALTY, L. L. C., et al., Respondents. [732 NYS2d 564] —Order, Supreme Court, New York County (Milton Tingling, J.), entered March 1, 2001, which denied plaintiffs' motion to file a second amended complaint and a third supplemental complaint and granted defendants' cross motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

Plaintiffs' claims for negligence, retaliatory eviction, assault and intentional infliction of emotional distress were properly found to be precluded under the doctrines of collateral estoppel and res judicata in light of prior litigation adversely determinative of such claims (*see, D'Arata v New York Cent. Mut. Fire Ins. Co.,* 76 NY2d 659; *Matter of Reilly v Reid,* 45 NY2d 24).

We have considered plaintiffs' remaining contentions and find them unavailing. Concur—Williams, J. P., Andrias, Wallach, Lerner and Saxe, JJ.